AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00007 |
| Shawn Schaefer | ) Assigned To : Harvey, G. Michael |
| ▓▓▓▓▓▓▓▓ | ) Assign. Date : 1/9/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business,

40 U.S.C. § 5104(e)(2)(C) – Entering or Remaining in a Room of the Capitol Building,

40 U.S.C. §5104(e)(2)(D) – Disorderly Conduct in the Capitol Building or Grounds,

40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/09/2024__

*Judge's signature*

City and state: __Washington, D.C.__   G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*