IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **MAGISTRATE NO. 1:24-mj-7** |
| **v.** : | |
| : | |
| : | **VIOLATIONS:** |
| **SHAWN EVERETT SCHAEFER,** : | **40 U.S.C. § 5104(e)(2)(D)** |
| : | **(Disorderly Conduct in a Capitol Building)** |
| Defendants. : | **40 U.S.C. § 5104(e)(2)(G)** |
| : | **(Parading, Demonstrating, or Picketing in a** |
| : | **Capitol Building)** |
| : | |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **SHAWN EVERETT SCHAEFER** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **SHAWN EVERETT SCHAEFER** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Dated: July 15, 2024

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 481052

By:    *s/ Sean P. McCauley*
           SEAN P. McCAULEY
           Assistant United States Attorney
           New York Bar No. 5600523
           United States Attorney's Office
           For the District of Columbia
           601 D. Street, NW
           Washington, DC 20530
           Sean.McCauley@usdoj.gov