IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 24 - 352 (CKK) |
| | : | |
| v. | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| SHAWN EVERETT SCHAEFER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Shawn Schaefer, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### The Attack at the U.S. Capitol on January 6, 2021

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.     As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.     At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.     At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.    Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### The Defendant's Participation in the January 6, 2021, Capitol Riot

8.    Schaefer travelled to Washington, D.C., from his home in Southern California on January 5, 2021. Schaefer travelled with Kevin Galetto,[1] with whom he had coordinated his trip to Washington. Schaefer and Galetto traveled to Washington to attend the "Stop the Steal" rally hosted by the former president.

9.    On January 6, 2021, Schaefer attended the "Stop the Steal" rally before walking to the Capitol. Schaefer was dressed in a black jacket, gray hooded sweatshirt, black gloves, blue jeans, red and black running shoes with white soles, a gray backpack with distinctive bright lining, a Trump-branded face mask bunched at the base of his chin, and with a black handheld radio

---

[1] Galetto was sentenced to 27 months of incarceration following his plea to assaulting law enforcement officers and civil disorder on January 6, 2021. *United States v. Kevin Galetto*, 21-cr-517 (CKK), Minute Entry for Sentencing, 9/5/2023.

attached to the left-hand shoulder strap of the backpack. At some point during the rally, Schaefer became separated from Galetto.

10.     Schaefer approached the Capitol from west and entered the restricted perimeter that had been established around the Capitol in advance of the joint session. Schaefer then climbed up the West Front of the Capitol to the Upper West Terrace.

11.     At approximately 2:57 p.m., Schaefer pulled up his face mask such that it obscured the lower half of his face. Schaefer then entered the Capitol via the Senate Parliamentarian Door on the Upper West Terrace. Schaefer documented his entrance into the Capitol with his cell phone.

12.     After entering the Capitol, Schaefer immediately entered the Senate Parliamentarian's Office, which was being ransacked by other rioters. Schaefer was inside the Parliamentarian's Office for twenty seconds before exiting back into the Brumidi Corridor. Schaefer attempted to walk further into the Capitol, before being turned around by police.

13.     Schaefer exited the Capitol via the Parliamentarian Door at 2:59 p.m. Schaefer was inside the Capitol for less than two minutes.

### *Elements of the Offense*

14.     The parties agree that violations of 40 U.S.C. § 5104(e)(2)(D) and (G) require the following elements:

    a.  Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D):

        i.  First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings.

        ii.  Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

        iii.  Third, the defendant acted willfully and knowingly.

b. Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G):

    i. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

    ii. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

15.    Schaefer knowingly and voluntarily admits to all the elements as set forth above. Specifically, Schaefer admits that he willfully and knowingly entered the Capitol through the Parliamentarian Door. At the time of his actions, the Schaefer knew that he was not permitted to enter the Capitol and that his conduct was unlawful.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    *s/ Sean P. McCauley*
       SEAN P. McCAULEY
       Assistant United States Attorney
       New York Bar No. 5600523
       United States Attorney's Office
       For the District of Columbia
       601 D Street, NW
       Washington, DC 20530
       Sean.McCauley@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Shawn Everett Schaefer, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7/31/24

Shawn Everett Schaefer
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/31/24

Theodore J. Torres
Attorney for Defendant